# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR., | ) |
| Plaintiff, | ) Case No. 2:12-cv-01004-PMP-CWH |
| vs. | ) **ORDER** |
| D. AMBRIDGE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Judicial Notice (#16), filed July 9, 2012.  On July 3, 2012, the Court entered its screening order and stayed this action for 90 days.  *See* Order (#14).  Pursuant to that order, "no other pleadings or papers shall be filed in this case, and the parties shall not engage in any discovery" during the 90-day stay period.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judicial Notice (#16) is **denied without prejudice**.  Plaintiff is instructed not to file any more pleadings or papers during the 90-day stay period.

DATED this 26th day of July, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**