# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FELTON L. MATTHEWS, JR.,

    *Plaintiff*,

vs.

W. AMBRIDGE., *et al.*

    *Defendants*.

2:12-cv-01004-PMP-CWH

ORDER

    This removed *pro se* prisoner civil rights action by a Nevada state inmate comes before the Court on Plaintiff's second motion (#51) for partial summary judgment, motion (#53) to supplement motion for preliminary injunction, and motion (#54) to withdraw the second motion for summary judgment.

    The motion (#51) to withdraw the second motion (#54) for summary judgment will be granted.

    The motion (#53) to supplement the motion for preliminary injunction will be denied. Plaintiff may not supplement a motion and seek expanded relief after the motion has been briefed and ruled on.  To the extent that the motion seeks reconsideration of the order denying the motion for preliminary injunction, such reconsideration is denied.  The prior order fully outlines why preliminary injunctive relief has been denied. #50, at 6-7 & 11-13.  Plaintiff has not demonstrated a basis for an order dictating what materials may or must be considered in either prison disciplinary proceedings or state parole proceedings or interfering with anticipated or pending state criminal proceedings.  Nothing in the motion to supplement leads

to a contrary conclusion.  Further, nothing in the motion leads to the conclusion that the limited injunction issued in the prior order (#50, at 16-17) provides inadequate relief within the context of this litigation, which is the only litigation that will be addressed herein.  Additional relief related to anticipated or pending state criminal proceedings will not be provided herein, for the reasons previously assigned.

IT THEREFORE IS ORDERED that Plaintiff's motion (#54) to withdraw the second motion for summary judgment is GRANTED and the second motion (#51) for summary judgment is WITHDRAWN.

IT FURTHER IS ORDERED that the motion (#53) to supplement motion for preliminary injunction is DENIED.

DATED: January 3, 2013

_____
PHILIP M. PRO
United States District Judge