UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FELTON L. MATTHEWS, JR., | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CV-01004-PMP-CWH |
| WILLIAM AMBRIDGE, et al., | ) |
| Defendants. | ) ORDER |

Having read and considered Plaintiff Felton Matthews, Jr.'s Motion for Rehearing, or in the Alternative, Amend Judgment (Doc. #95),

IT IS ORDERED that Plaintiff Felton Matthews, Jr.'s Motion for Rehearing, or in the Alternative, Amend Judgment (Doc. #95) is hereby DENIED.

DATED:  September 5, 2013

_____
PHILIP M. PRO
United States District Judge