UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FELTON L. MATTHEWS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM AMBRIDGE, et al., ) <br> ) <br> Defendants. ) | 2:12-CV-01004-PMP-CWH <br><br> ORDER |

Having read and considered Plaintiff Felton Matthews, Jr.'s Motion for Rehearing, or in the Alternative, Amend Judgment (Doc. #95),

IT IS ORDERED that Plaintiff Felton Matthews, Jr.'s Motion for Rehearing, or in the Alternative, Amend Judgment (Doc. #95) is hereby DENIED.

DATED:  September 5, 2013

_____
PHILIP M. PRO
United States District Judge